■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL GEORGE WEST, Also Known as LEONARD MICHAEL HELLERMAN, Appellant, v JAMES SULLIVAN, as Superintendent of Sing Sing Correctional Facility, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Donovan, J.), dated February 23, 1987, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements *(see, People ex rel. Nelson v Scully,* 119 AD2d 709, *lv denied* 69 NY2d 602; *People ex rel. Robinson v Scully,* 122 AD2d 290). Mollen, P. J., Mangano, Rubin and Sullivan, JJ., concur.